

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2015

No. 04-14-00110-CV

Mary **MOCZYGEMBA**,
Appellant

v.

Thomas J. **MOCZYGEMBA** and Harry Lee Moczygemba,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 12-10-0573-CVW
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Motion for Rehearing is GRANTED. The motion for rehearing is due on March 16, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2015.

_____
Keith E. Hottle
Clerk of Court